United States Bankruptcy Court
Eastern District of Michigan
Southern Division

In re:
Walter T. Jamil,  Case No. 08-70828-R
       Debtor.  Chapter 7
_____/

In re:
Eugene J. Thomas,  Case No. 08-70844
       Debtor.  Chapter 7
_____/

Mark Shapiro, Trustee,
       Plaintiff,

v.  Adv. No. 09-6259

Nabras Jamil,
       Defendant.
_____/

Mark Shapiro, Trustee,
       Plaintiff,

v.  Adv. No. 09-6260

Joanna Thomas,
       Defendant.
_____/

Order Denying Cross-Motions for Summary Judgment

For the reasons set forth in the Court's opinion entered on this date, the parties' cross-motions for summary judgment are denied.

It is so ordered.

**Signed on February 04, 2010**

                                                      **/s/ Steven Rhodes**
                                                      **Steven Rhodes**

**United States Bankruptcy Judge**